# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 27 P 4: 52

CLERK _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR298-00032-003 |
| Reginald Habersham ) | USM No: 06824-021 |
| Date of Previous Judgment: November 20, 1998 ) | James Dewey Benefield, III |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __time served, plus 10 days__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     __31__          Amended Offense Level:     __29__
Criminal History Category:  __III__         Criminal History Category: __III__
Previous Guideline Range:   __135__ to __168__ months   Amended Guideline Range: __120__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
   Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __November 20, 1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __February 27, 2008__                _____
                                                       Judge's signature

Effective Date:  __2-27-08__                        _____
  (if different from order date)                     Judge, U.S. District Court
                                                     Printed name and title